**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,**[1]<br><br>Debtor. | Chapter 11<br><br>Civ. Action No.  23 Civ. 5751<br><br>Bankr. Case No. 20-12345 (MG) |

**NOTICE OF JOINT PETITION TO FIX VENUE**
**FOR CLAIMS RELATED TO THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE'S BANKRUPTCY UNDER 28 U.S.C. §§ 157(b)(5) AND 1334(b)**

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York 10281
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

   -and-

JONES DAY
Christopher DiPompeo (*pro hac vice*)
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-7686
Facsimile: (202) 626-1700

*Counsel for the Debtor*
*and Debtor in Possession*

Brian R. Davey
Mulholland Minion Davey McNiff & Beyrer
374 Hillside Ave
Williston Park, NY 11596
516-248-1200
bdavey@mmlaw.us.com

   -and-

Charles J. Adams
Patrick F. Adams, P.C.
3500 Sunrise Highway, Building 300
Great River, NY 11739
631-666-6200
cjadams@pfapc.com

*Counsel for the DRVC Related Parties*

---

[1] The Debtor in the chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

**PLEASE TAKE NOTICE** that the Roman Catholic Diocese of Rockville Centre, New York (the "Debtor" or "DRVC") and its affiliated parishes, schools, and other organizations ("DRVC Related Parties"), upon the accompanying (i) Memorandum of Law, dated July 5, 2023, and (ii) Declaration of Eric P. Stephens dated July 5, 2023, and filed contemporaneously with the memorandum, as well as the exhibits attached thereto, hereby move this Court pursuant to 28 U.S.C. §§ 157(b)(5) and 1334(b) for an Order, substantially in the form attached to the memorandum as **Exhibit A**, fixing venue in this Court for the personal injury claims against the DRVC Related Parties in the cases identified in **Schedule 1** ("State Court Actions") attached to the memorandum (the "Joint Petition").

**PLEASE TAKE FURTHER NOTICE** that under Local Civil Rule 6.1(b)(2) of Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposition to the Joint Petition shall be filed with the Court and served upon counsel to the DRVC and the DRVC Related Parties within fourteen (14) days after service of the moving papers.

**PLEASE TAKE FURTHER NOTICE** that the Court shall consider the Joint Petition and any opposition thereto solely on the papers submitted to the Court, unless the Court advises otherwise.

**WHEREFORE**, the DRVC and the DRVC Related Parties request that the Court grant the instant Joint Petition to fix venue for claims related to the DRVC's bankruptcy under 28 U.S.C. §§ 157(b)(5) and 1334(b), transferring all of the 224 State Court Actions to this Court for all purposes.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 5, 2023                       Respectfully submitted,

New York, New York                /s/ *Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: cball@jonesday.com
        trgeremia@jonesday.com
        brosenblum@jonesday.com
        abutler@jonesday.com

-and-

Christopher DiPompeo (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-7686
Facsimile: (202) 626-1700
Email: cdipompeo@jonesday.com

*Counsel for the Debtor and Debtor in Possession*

Brian R. Davey
Mulholland Minion Davey McNiff & Beyrer
374 Hillside Ave
Williston Park, NY 11596
516-248-1200
bdavey@mmlaw.us.com

-and-

Charles J. Adams
Patrick F. Adams, P.C.
3500 Sunrise Highway, Building 300
Great River, NY 11739
631-666-6200
cjadams@pfapc.com

*Counsel for the DRVC Related Parties*