IH-32                                                                                                           Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

The Roman Catholic Diocese of Rockville Centre, New York

| Plaintiff | Case Number |
|---|---|
| vs. | 23 Civ. 5751 |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

The Roman Catholic Diocese of Rockville Centre, New York

| Plaintiff | Case Number |
|---|---|
| vs. | 20-12345 (Bankr. S.D.N.Y.) |
| Defendant | |

IH-32                                                                                            Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The Roman Catholic Diocese of Rockville Centre, New York's Chapter 11 bankruptcy case remains pending before Hon. Martin Glenn in the United States Bankruptcy Court for the Southern District of New York.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor") filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of New York on October 1, 2020. The Diocese now seeks an order pursuant to 28 U.S.C. § 157(b)(5) to set venue in the United States District Court for the Southern District of New York for 224 personal injury tort claims against parishes and other affiliates of the Debtor. Each case is related to a proof of claim based on the same underlying conduct against the Debtor and involves a defendant who is a co-insured under the Debtor's insurance program.

Pursuant to 28 U.S.C. § 157(b)(5), it is the district court that "shall order that personal injury tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending."

Accordingly, the Diocese seeks this relief in the District Court, as it must, and that relief is also related to the Diocese's currently pending bankruptcy case in the United States Bankruptcy Court for this District.

Signature: *Eric P. Stephens* (signature)                    Date: July 5, 2023

Jones Day

Firm: _____