# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23-cv-05751-LGS
#### Internal Use Only

The Roman Catholic Diocese of Rockville Centre, New York  
Assigned to: Judge Lorna G. Schofield  
Cause: 28:015

Date Filed: 07/05/2023  
Date Terminated: 07/06/2023  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Petitioner**

**The Roman Catholic Diocese of Rockville Centre, New York**

represented by **Corinne Ball**  
Jones Day (NYC)  
250 Vesey Street  
New York, NY 10281  
(212)-326-7844  
Fax: (212)-755-7306  
Email: cball@jonesday.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2023 | 1 | PETITION NOTICE OF JOINT PETITION TO FIX VENUE FOR CLAIMS RELATED TO THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE'S BANKRUPTCY UNDER 28 U.S.C. 157(b)(5) AND 1334(b). (Filing Fee $ 402.00, Receipt Number ANYSDC-27960955).Document filed by The Roman Catholic Diocese of Rockville Centre, New York..(Ball, Corinne) (Entered: 07/05/2023) |
| 07/05/2023 | 2 | BRIEF re: 1 Petition (Other), */ Memorandum of Law in Support of Joint Petition to Fix Venue for Claims Related to the Roman Catholic Diocese of Rockville Centre's Bankruptcy Under 28 U.S.C. 157(b)(5) and 1334(b)*. Document filed by The Roman Catholic Diocese of Rockville Centre, New York. (Attachments: # 1 Appendix Schedule 1 - State Court Actions).(Ball, Corinne) (Entered: 07/05/2023) |
| 07/05/2023 | 3 | DECLARATION of Eric P. Stephens re: 1 Petition (Other), */ in Support of Joint Petition to Fix Venue for Claims Related to the Roman Catholic Diocese of Rockville Centre's Bankruptcy Under 28 U.S.C. 157(b)(5) and 1334(b)*. Document filed by The Roman Catholic Diocese of Rockville Centre, New York. (Attachments: # 1 Exhibit A - Declaration of Charles Moore, # 2 Exhibit B - Notice of Agreed Coverage Summary, # 3 Exhibit C - Direct Testimony of Eric P. Stephens, # 4 Exhibit D - Direct Testimony of Kenneth F. Porter, # 5 Exhibit E - Direct Testimony of Charles Moore, # 6 Exhibit F1 - Summons and Complaint, # 7 Exhibit F2 - Summons and Complaint, # 8 Exhibit G - Letter).(Ball, Corinne) (Entered: 07/05/2023) |

| 07/05/2023 | 4 | PROPOSED ORDER. Document filed by The Roman Catholic Diocese of Rockville Centre, New York. Related Document Number: [GRANTING THE JOINT PETITION TO FIX VENUE]..(Ball, Corinne) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/05/2023) |
|---|---|---|
| 07/05/2023 | 5 | CIVIL COVER SHEET filed..(Ball, Corinne) (Entered: 07/05/2023) |
| 07/05/2023 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 20-12345 (MG) (Bankr. S.D.N.Y.)). Document filed by The Roman Catholic Diocese of Rockville Centre, New York..(Ball, Corinne) (Entered: 07/05/2023) |
| 07/05/2023 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Roman Catholic Diocese of Rockville Centre, New York.. (Ball, Corinne) (Entered: 07/05/2023) |
| 07/06/2023 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lorna G. Schofield. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(gp) (Entered: 07/06/2023) |
| 07/06/2023 |  | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (gp) (Entered: 07/06/2023) |
| 07/06/2023 |  | Case Designated ECF. (gp) (Entered: 07/06/2023) |
| 07/06/2023 | 8 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 20-12345 (MG). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/30/2012) (gp) (Entered: 07/06/2023) |
| 07/06/2023 |  | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 07/06/2023) |