**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-12345 (MG) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                Plaintiff,<br><br>v.<br><br>THE CATHOLIC DIOCESE OF ROCKVILLE CENTRE,<br><br>                Defendant. | Adv. Pro. No. 23-01136 (MG) |

## ORDER CLOSING ADVERSARY PROCEEDING

WHEREAS, on July 5, 2023, the above-captioned Debtor filed a motion before the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 157(b)(5), to transfer 224 personal injury cases related to the Debtor's chapter 11 case to the Southern District of New York (the "Motion");

WHEREAS, on July 6, 2023, the Motion was referred to this Court pursuant to 28 U.S.C. § 157(a) and the Amended Standing Order of Reference dated January 31, 2012;

WHEREAS, on July 6, 2023, as a result of the referral by the District Court, the above-captioned adversary proceeding was opened by this Court;

WHEREAS, on July 7, 2023, counsel for the Debtor filed a letter with the District Court stating that the Motion should not have been automatically referred to this Court because the Motion sought relief that can only be determined by the District Court; and

WHEREAS, on July 13, 2023, the District Court entered an Order [Case No. 23-cv-5751 (LGS); ECF No. 10] rescinding the order of reference for the reasons stated in counsel's July 7 letter.

1

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court shall close the above-captioned adversary proceeding.

**IT IS SO ORDERED.**

Dated: July 19, 2023
      New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                          Chief United States Bankruptcy Judge